MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VINCENT LEWIS,

    Plaintiff,

vs.

ACCOUNT DISCOVERY SYSTEMS, LLC

    Defendant.

Case No.

JURY DEMANDED

## COMPLAINT

### JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

### PRELIMINARY STATEMENT

2. This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3. In 2014, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff in Henderson, Nevada.

4. As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

## PARTIES

5. Plaintiff, Vincent Lewis, is a natural person who resides in Henderson, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6. Defendant, Account Discovery Systems, LLC, is a foreign limited-liability company, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Amherst, NY, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

## FACTUAL ALLEGATIONS

7. Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

8. On or about May 16, 2014 Plaintiff was contacted by his sister who referred a call from the Defendant.

9. On or about May 19, 2014 Plaintiff called Defendant and spoke with its collector, Ben.

10. The May 19th call was Plaintiff's initial communication with the Defendant.

11. During that call Ben referenced both a lawsuit and garnishment as consequences if Plaintiff failed to make an immediate $500 payment towards his Citibank account.

12. Plaintiff lives paycheck to paycheck.

13. Plaintiff provides child support for his seven-year-old daughter.

14. Plaintiff was scared he would be unable to survive if his wages were indeed garnished.

15. As a result Plaintiff paid the $500.

16. Defendant's threats of legal action and garnishment and corresponding demand for immediate payment were in violation of FDCPA § 1692g(a), *Terran v Kaplan*, 109 F.3d 1428, 1434 (9th Cir. 1997).

17. Defendant's threat of litigation also violated FDCPA § 1692e(5), *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1450-51 (D. Nev. 1994).

18. Plaintiff requested documentation of the underlying debt.

19. In making this request Plaintiff provided his current address as he did not want any correspondence sent to his former address (which was the address listed on the Citibank account).

20. Plaintiff's ex-wife and seven-year-old daughter live at his former address.

21. Notwithstanding, Defendant sent its dun to Plaintiff's former address (Exhibit 1).

22. Plaintiff's ex-wife opened the envelope upon receipt.

23. Plaintiff was embarrassed and very angry when his ex-wife saw Exhibit 1 and learned of Defendant's collection campaign.

24. Defendant sent Exhibit 1 to Plaintiff's ex-wife in violation of FDCPA § 1692c(b).

25. In Exhibit 1 Defendant failed to provide the required FDCPA § 1692g(a) notice.

26. On Thursday, June 12, 2014 Plaintiff was again contacted by Ben who demanded payment.

27. However, earlier that same week, Plaintiff had provided Defendant his attorney's name and telephone number.

28. Defendant's June 12, 2014 contact was in violation of FDCPA § 1692c(a)(2), *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1453 (D. Nev. 1994).

29. The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

30. Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

31. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which

1 | Plaintiff should be compensated in an amount to be proven at trial.

32. As a result of the foregoing acts and omissions of Defendant, and in order to punish Defendant for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

## CAUSES OF ACTION

### COUNT I

33. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d, 1692e, 1692f and 1692g.

34. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### COUNT II

35. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. Kuhn v. Account Control Technology, Inc., 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); Pittman v. J. J. Mac Intyre Co. of Nevada, Inc., 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

36. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.
2. Award punitive damages.
3. Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.
4. Award reasonable attorney fees.
5. Award costs.
6. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada  89102
Attorney for Plaintiff


495 Commerce Drive, Suite 2
Amherst, NY 14228-2311


Account Discovery Systems, LLC

| Date | 05/23/2014 |
| --- | --- |
| Balance | $ 4,841.45 |
| Current Creditor | Cascade Capital LLC |
| Current Creditor Acct# | 2941663 |
| Original Creditor | CITIBANK, NA |
| Original Creditor Acct# | 5424180600452442 |

▼ SEND TO: ▼

ADIS/PDC    708000206654          909/0000455/4

Vincent E. Lewis
2812 Capistrano Ave
Las Vegas, NV 89121-2108

Account Discovery Systems, LLC
P.O. Box 606
Amherst, NY 14226-0606
Pay online at www.Accountdiscoverysystems.com

DISCOVER  MasterCard  VISA

Payment Processed By: PaymentManagementServices

☐ Check here if your address or phone number has changed. Please indicate changes on the back of this page, and return in enclosed envelope.

▲ ***PLEASE DETACH THIS PORTION AND RETURN WITH PAYMENT*** ▲
▼ *** PLEASE RETAIN THIS PORTION FOR YOUR RECORDS *** ▼

## Payment Plan Reminder

Dear Vincent E. Lewis,

This notice is to remind you of the payment or draft to be posted to the above account

This payment in the amount of $ 260.00 plus processing fee will be posted on 05/30/2014 as previously agreed.

Please call this office at (866) 412-2734 within 48 hours if there are any changes to this arrangement.

Thank you for your payment.

**This communication is a from a debt collector.  We are attempting to collect a debt and any information obtained will be used for that purpose.**

**PLEASE SEE ADDITIONAL NOTICES AND DISCLOSURES ON THE REVERSE SIDE OF THIS LETTER.**

www.payadsllc.com

Monday - Thursday from 8:00AM - 7:00PM
Friday from 8:00AM - 4:30PM Eastern Time

Page 1 of 2

EXHIBIT 1         PDC